JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONALD RENFRO, III,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN SHANNON DICUS, et al.,<br><br>　　　　Respondents. | No. 5:22-cv-01929-JGB (JDE)<br><br>JUDGMENT |

　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: November 22, 2022

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　United States District Judge